No. 75–6854. Moore v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6855. Tindle v. United States. C. A. D. C. Cir. Certiorari denied.

No. 75–6856. Sanchez v. Heggie, Warden. C. A. 10th Cir. Certiorari denied.

No. 75–6857. Johnson v. Johnson et al. Ct. App. Mich. Certiorari denied.

No. 75–6858. Cox v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 75–6859. Klimko v. Virginia Employment Commission. Sup. Ct. Va. Certiorari denied.

No. 75–6861. Lunz v. Smith, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 75–6862. Lucchetti v. United States. C. A. 2d Cir. Certiorari denied.

No. 75–6863. Bodek v. Department of the Treasury, Bureau of Public Debt. C. A. 2d Cir. Certiorari denied.

No. 75–6864. Hurd v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6865. Johnson v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6868. Dormu v. Walsh, Acting Chairman, Equal Employment Opportunity Commission, et al. C. A. D. C. Cir. Certiorari denied.